No. 24-10931-D

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

**UNITED STATES OF AMERICA**,
Appellee,

v.

**QUINTIN TRAVEY JONES**,
Appellant.

On appeal from the United States District Court
for the Northern District of Georgia

**UNOPPOSED MOTION TO VOLUNTARILY
DISMISS APPEAL WITHOUT PREJUDICE BY
QUINTIN TRAVEY JONES**

Takiya J. Wheeler
Federal Defender Program, Inc.
101 Marietta Street, NW, Suite 1500
Atlanta, GA 30303
(404) 688-7530
Takiya_Wheeler@FD.org

Counsel for Quintin Travey Jones

No. 24-10931-D
United States v. Quintin Travey Jones

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to 11th Cir. R. 26.1-2(a), counsel certifies that the following have an interest in the outcome of this appeal:

Buchanan, Ryan K., United States Attorney

Dunn, Mildred Geckler, Interim Executive Director, Federal Defender Program

French, Jesika W., Assistant United States Attorney

Geraghty, Hon. Sarah E., United States District Judge

Jones, Quintin Travey, Appellant

Kearns, Stephanie A., Former Executive Director, Federal Defender Program

Larkins, III, Hon. John K., United States Magistrate Judge

Sneed, Sekret T., Assistant United States Attorney

Tio, Cathelynn, Assistant United States Attorney

United States of America, Appellee

Webb, Mary Louise, Assistant United States Attorney

Wheeler, Takiya J., Attorney for Appellant

No publicly-traded company or corporation has an interest in the outcome of this case or of this appeal.

No. 24-10931-D

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

**UNITED STATES OF AMERICA**,
Appellee,

v.

**QUINTIN TRAVEY JONES**,
Appellant.

**UNOPPOSED MOTION TO VOLUNTARILY DISMISS APPEAL WITHOUT PREJUDICE BY QUINTIN TRAVEY JONES**

Quintin Jones, through undersigned counsel and pursuant to Fed. R. App. P. 42(B) and 11th Cir. R. 42-1(a), files this unopposed motion to voluntarily dismiss this appeal without prejudice.

1. On November 30, 2023 Mr. Jones pled guilty to count 1 of the indictment, 18 U.S.C. § 922(g)(9). (Doc. 41). On March 11, 2024, the district court sentenced Mr. Jones to 45 months in custody and 3 years of supervised release. (Doc. 54). Mr. Jones filed a notice of appeal on March 25, 2024. (Doc. 55). This Court has docketed the appeal.

2. Mr. Jones recently authorized counsel to report that he no longer wishes to pursue the appeal. We certify here that we have discussed this

1

proposed action with Mr. Jones, and he expressly consents to the dismissal of his appeal without prejudice.

3. The government, through Assistant United States Attorney Cathelynn Tio, does not object to the dismissal.

## CONCLUSION

We move the Court to enter an order dismissing Mr. Jones' appeal without prejudice.

TAKIYA J. WHEELER
Counsel for Quintin Travey Jones

**CERTIFICATE OF COMPLIANCE AND SERVICE**

This is to certify that the foregoing motion is in compliance with Federal Rule of Appellate Procedure 32(a)(5), (6) because it has been prepared in Book Antiqua 14 point, using the Microsoft Word 2016 word processing software. Moreover, this motion also complies with the type-volume limitation set forth in Federal Rule of Appellate Procedure 27(d)(2) because it includes no more than 165 words, according to the same software. Finally, on the date set forth below, counsel uploaded this motion to the Court's web site, which promptly served opposing counsel:

> LAWRENCE R. SOMMERFELD
> CATHELYNN TIO
> Assistant United States Attorneys
> United States Attorney's Office
> United States Courthouse
> 75 Ted Turner Drive, SW
> Atlanta, Georgia 30303

We have also served, via the U.S. Postal Service:

> QUINTIN JONES
> Reg. No. 37345-510
> Robert A. Deyton Detention Facility
> P.O. Box 730
> Lovejoy, GA 30250

June 17, 2024.

> TAKIYA J. WHEELER
> Federal Defender Program, Inc.
> 101 Marietta St., NW, Suite 1500
> Atlanta, GA 30303
> Takiya_Wheeler@FD.org
> 404-688-7530
> Counsel for Quintin Travey Jones